West Virginia granted. *Mr. Douglas W. Brown* for petitioner. *Messrs. George B. Martin, John H. Holt,* and *Rufus S. Dinkle* for respondent.

---

No. 540. RICHMOND SCREW ANCHOR COMPANY, INC. *v.* UNITED STATES. October 25, 1926. Petition for a writ of certiorari to the Court of Claims granted. *Messrs. Joseph W. Cox, Archibald Cox, O. Ellery Edwards,* and *William H. Kenyon* for petitioner. *Solicitor General Mitchell* and *Assistant Attorney General Galloway* for the United States.

---

No. 542. MISSOURI PACIFIC RAILROAD COMPANY *v.* MARY I. AEBY. October 25, 1926. Petition for a writ of certiorari to the Supreme Court of the State of Missouri granted. *Messrs. Merritt U. Hayden, Edward J. White,* and *James F. Green* for petitioner. *Messrs. Patrick H. Cullen* and *Thos. T. Fauntleroy* for respondent.

---

No. 546. ROBINS DRY DOCK AND REPAIR COMPANY *v.* GEORGE FLINT ET AL. October 25, 1926. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Mr. James K. Symmers* for petitioner. *Messrs. H. Allen Dawson, Roscoe H. Hupper,* and *William J. Dean* for respondents.

---

No. 547. JOHN JAMES JACKSON ET AL. *v.* STEAMSHIP "ARCHIMEDES" ET AL. October 25, 1926. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Messrs. John W. Davis* and *Silas Blake Axtell* for petitioners. *Messrs. Van Vechten Veeder* and *William J. Dean* for respondents.